UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REINALDO CLAUDIO,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:18-cr-00054

**<u>ORDER</u>**

Defendant appeared before me on March 16, 2018, with appointed counsel for a hearing on releasing the writ. For the reasons stated on the record, the request is denied.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on March 19, 2018.

                                            <u>/s/ Phillip J. Green</u>
                                            PHILLIP J. GREEN
                                            United States Magistrate Judge